# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>DWAYNE GRIM, )<br>)<br>) | Case No. 21-cr-87-AJ-01<br>18 U.S.C. § 1361 |

## INFORMATION

The Acting United States Attorney charges:

## COUNT ONE
**[18 U.S.C. § 1361 – Destruction of Government Property]**

Beginning at an unknown time, but since at least in or about September of 2016, and continuing until at least in or about January of 2018, in the District of New Hampshire, the defendant,

## DWAYNE GRIM

did willfully injure and commit a depredation against property, specifically signage and interpretive materials of the United States Forest Service, an agency of the U.S. Department of Agriculture, resulting in damages of approximately $678, all in violation of Title 18, United States Code, Section 1361.

                                                            JOHN J. FARLEY
                                                            Acting United States Attorney

DATE: May 12, 2021

                                         By:    /s/ Kasey A. Weiland
                                                         Kasey A. Weiland
                                                          Assistant U.S. Attorney